# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-521-RJC-DCK

| | |
|---|---|
| M.W., by and through parents B.W. and J.W., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )    **ORDER**<br>) |
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Proceed Under Pseudonym" (Document No. 3) filed September 5, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.[1]

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Proceed Under Pseudonym" (Document No. 3) is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

Plaintiffs are granted leave to proceed anonymously in this matter under the pseudonyms J.W. and B.W. The parties are to refer to Plaintiffs as M.W., J.W. and B.W. in all public filings. When the parties file any document that identifies Plaintiffs with the Court, the identifying information should be redacted from the public filing and an unredacted version should be filed under seal pursuant to Local Rule 6.1. A motion to seal referencing this Order and noting that

---

[1] Plaintiffs' counsel is respectfully advised to review the Local Rules of this Court, including LCvR 7.1(d), before making additional filings.

Plaintiff's identifying information is the only information excluded from the publicly filed version of a document shall be sufficient to support the motion. When filing such a motion to seal, the parties are excused from filing the additional memoranda that would otherwise be required by Local Rule 6.1.

Nothing in this Order prohibits any party from referring to Plaintiffs by their real names, or identifying characteristics, in the course of discovery. For example, the parties and their attorneys are allowed to use Plaintiffs' real names and identifying characteristics when speaking to witnesses or potential witnesses, in depositions and outside of formal depositions, and when subpoenaing records relating to Plaintiffs.

**SO ORDERED**.

Signed: September 6, 2023

David C. Keesler
United States Magistrate Judge